UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-25506-DPG

**VICTOR RUBIO-ORTEGA**,

    Petitioner,

v.

**PAM BONDI, in her official capacity as the Attorney General of the United States,** *et al.*,

    Respondents.
_____/

**ORDER**

THIS CAUSE comes before the Court upon the review of the Petitioner's Verified Petition for Writ of Habeas Corpus ("Petition"). [ECF No. 1]. In his Petition, Petitioner Victor Rubio-Ortega ("Petitioner") requests the Court to enter an Order to Show Cause against Respondents Pam Bondi, Garrett J. Ripa, Todd Lyons, Kristi Noem, and Daren K. Margolin ("Respondents"). *Id*. The Court has considered the Petition, the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the request for Order to Show Cause is granted. The Clerk is directed to serve the Petitioner's Verified Petition for Writ of Habeas Corpus, along with a copy of this Order, upon the Respondents. Following service, the Respondents shall "make a return certifying the true cause of the [Petitioner's] detention," 28 U.S.C. § 2243, **within three (3) business days of service**. Petitioner may, but is not required to, file a traverse within **three (3) business days** from the date of Respondents' response.

Furthermore, to preserve the status quo and the Court's jurisdiction, Respondents shall not remove Petitioner from the United States or the Southern District of Florida until further order of

the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction" while adjudicating the merits).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of November, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE